CONFORMED COPY

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2    Richard A. Schirtzer (Bar No. 150165)
     richardschirtzer@quinnemanuel.com
3    Susan R. Estrich (Bar No. 124009)
     susanestrich@quinnemanuel.com
4  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
5  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
6
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
7    Robert L. Raskopf (*pro hac vice pending*)
     robertraskopf@quinnemanuel.com
8    Kate E. Cassidy (*pro hac vice pending*)
     katecassidy@quinnemanuel.com
9  51 Madison Avenue, 22nd Floor
   New York, New York 10010
10 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
11
   Attorneys for Deckers Outdoor Corporation
12
13            UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
14
                              CASE NO. SACV 10-1862- DOC (RNBx)
15
   DECKERS OUTDOOR               COMPLAINT FOR:
16 CORPORATION, a Delaware
                                 (1) FEDERAL TRADEMARK
17 corporation,                      INFRINGEMENT;

18          Plaintiff,            (2) FEDERAL TRADEMARK
                                     INFRINGEMENT AND UNFAIR
19                                   COMPETITION;

20     vs.                       (3) COMMON LAW TRADEMARK
                                     INFRINGEMENT;
21
   EMU AUSTRALIA, INC., a        (4) FEDERAL TRADEMARK DILUTION;
22 California corporation, and EMU
                                 (5) STATE TRADEMARK DILUTION AND
23 (AUS) PTY LTD, an Australian      INJURY TO BUSINESS REPUTATION;
   company,
24                               (6) COMMON-LAW UNFAIR
                                     COMPETITION;
25          Defendants.
                                 (7) STATE UNFAIR AND DECEPTIVE
26                                   TRADE PRACTICES; and

27                               (8) VIOLATION OF BUSINESS AND
28

                                 COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

FILED
CLERK, U.S. DISTRICT COURT

DEC - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

1

2

3

PROFESSIONS CODE §17500 *et seq.*

JURY TRIAL DEMANDED

4   Plaintiff Deckers Outdoor Corporation ("Deckers") alleges:

5   1.   This action arises from Emu Australia, Inc.'s ("Emu Australia") and
6   Emu (Aus) Pty Ltd's ("Emu") (collectively "Defendants") intentional and shameless
7   infringement and dilution of Deckers's famous registered trademark, UGG (the
8   "UGG Mark"). Defendants' unlawful actions are overt attempts by Defendants to
9   cash in on the enormous popularity, goodwill, and value of the UGG® name and
10   styles.

11   2.   Since acquiring the UGG® business, including the trademark rights
12   and goodwill it inured, Deckers has, with consistent and earnest effort, marketed and
13   publicized its distinctive, high-quality boots to consumers in the United States
14   ("U.S."). Deckers's clear and consistent marketing message has been that its boots
15   represent the highest quality, superior craftsmanship, and fashionable comfort.

16   3.   Deckers's efforts have paid off. Deckers has achieved double-digit
17   growth every year since 2000, with total annual U.S. sales now in excess of $360
18   million. These sales have translated into immediate recognition by U.S. consumers
19   of the UGG Mark and UGG® brand.

20   4.   Defendants, who sell lookalike boots of the most well-known UGG®
21   designs, have recently begun to refer repeatedly to their own boots as "ugg" or
22   "Ugg" boots on their website (which has an abundant U.S. audience), in a
23   transparent attempt to exploit the UGG Mark by confusing the public into
24   associating Deckers with Defendants' own boots. Such acts are classic examples of
25   trademark infringement, trademark dilution, and unfair competition.

26   5.   Defendants never approached Deckers for a license to use the UGG
27   Mark or any other of Deckers's intellectual-property rights.

28

2

6.     Defendants' unlawful actions amount to a blatant, willful, and conscious disregard for Deckers's rights, and are knowingly and intentionally designed to capitalize on the goodwill, recognition, and fame associated with UGG®-brand boots and the UGG Mark.  Such inequitable conduct has caused and continues to cause confusion to the public and injury to Deckers.

7.     Deckers cannot stand by as Defendants infringe, dilute, and attempt to genericize the UGG Mark.  This campaign of illegal practices will continue unless and until the Court ends it.

## JURISDICTION

8.     This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction); 28 U.S.C. § 1338(b) (a state claim of unfair competition joined with substantial and related federal claim under trademark laws); 28 U.S.C. § 1367 (supplemental jurisdiction); and the doctrines of ancillary and pendent jurisdiction.

9.     This Court has personal jurisdiction over Defendants because, on information and belief, Emu Australia is a California citizen, both defendants conduct business within the State of California, and both Defendants have committed the acts of trademark infringement and federal and state unfair competition giving rise to this action in this district.  Defendants have established minimum contacts with the forum such that the exercise of jurisdiction over them would not offend traditional notions of fair play and substantial justice.

10.     Each Defendant has been and continues to do business in this District, advertising, promoting, offering for sale, and selling footwear.

11.     This Court has personal jurisdiction over Defendants pursuant to Cal. Civ. Proc. Code § 410.10.  Upon information and belief, Defendants have continuously and systematically solicited business in California and this district; have transacted and done substantial business in the State of California and this district; have wrongfully caused injury to Deckers in the State of California and this

3

1   district, and such injury was reasonably foreseeable.  Defendants have established
2   minimum contacts with the forum such that the exercise of jurisdiction over them
3   would not offend traditional notions of fair play and substantial justice.

4                                   **VENUE**

5          12.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c)
6   and 1400(a) because, on information and belief, Emu Australia resides within this
7   judicial district.

8          13.    Venue is also proper in this District pursuant to 28 U.S.C. § 1391(b)
9   because a substantial part of the events giving rise to the alleged claims in this
10  action against Defendants occurred in this judicial district.

11                                 **PARTIES**

12         14.    Deckers is a Delaware corporation having its principal place of
13  business at 495-A South Fairview Avenue, Goleta, California 93117.  Deckers
14  designs, manufactures, markets, and sells footwear for men, women, and children in
15  the U.S., including the popular UGG®-brand boots.

16         15.    Upon information and belief, Emu Australia is a California corporation
17  with its principal place of business located at 1031 Calle Recodo, San Clemente,
18  California 92673-6269.  Upon information and belief, Emu Australia designs,
19  licenses, markets, imports, offers for sale, and/or distributes footwear sold through
20  retail stores and/or online in the U.S., including in this judicial district.

21         16.    Upon information and belief, Emu is a privately held Australian
22  company with its principal place of business located at 72 Barwon Terrace, South
23  Geelong, Victoria, Australia 3220.  Upon information and belief, Emu directs and
24  oversees the operation Emu Australia.

25
26
27
28

                                         4

1

## GENERAL ALLEGATIONS

2

### I. DECKERS'S UGG MARK

3       17.    Deckers is the owner of the famous and highly distinctive UGG Mark.

4   To date, Deckers has spent millions of dollars promoting the UGG Mark, making it

5   nationally recognizable and one of Deckers's most valuable business assets.

6       18.    Deckers, through its predecessor company, began selling sheepskin

7   boots in the U.S. in late 1978 or early 1979. Since that time, Deckers (and its

8   predecessors) have devoted extensive time, effort, and money promoting the UGG

9   Mark in the U.S. (and select countries abroad), turning the UGG Mark into a

10  household name.

11      19.    In 1978, Brian Smith ("Smith") was the sole proprietor of a company

12  called Ugg Imports (a company that was eventually acquired by Deckers), which

13  imported sheepskin boots from Australia. Smith marketed and sold these sheepskin

14  boots in the U.S. as UGG®-brand boots, through a network of specialty footwear

15  and sporting goods stores, and via mail order catalogs. At that time, the term UGG

16  was unknown in the U.S.

17      20.    On October 13, 1987, a U.S. trademark registration for ORIGINAL

18  UGG BOOT UGG AUSTRALIA (with Ram Head Design) was issued with

19  Registration No. 1,460,992 ("the '992 Registration").

20      21.    In 1989, Smith formed a partnership with Jackson Tannery of

21  Australia. The partnership was called UGG International. Smith assigned the '992

22  Registration from Ugg Imports to Ugg International and the assignment was

23  recorded at the United States Patent and Trademark Office ("PTO") on October 10,

24  1989.

25      22.    Ugg Holdings, Inc. ("Ugg Holdings") was formed in September 1990.

26  The company's principals were Smith, Alan Greenway, Charles Kaiser, Jr., Ken

27  Bailey, and Coenraad Mouton.

28

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

1   23.   Ugg International granted Ugg Holdings a royalty-free exclusive
2   license to use the UGG Mark on September 25, 1990.

3   24.   In August 1994, Ugg International assigned the UGG Mark to Ugg
4   Holdings.  The assignment was recorded at the PTO on August 15, 1994.

5   25.   Deckers acquired Ugg Holdings as a subsidiary on June 30, 1995.
6   Deckers merged with this subsidiary in September 2004.

7   26.   In 2004, Ugg Holdings sued Koolaburra for, *inter alia*, infringement of
8   the UGG Mark (Deckers acquired the case from Ugg Holdings after the September
9   2004 merger).  Koolaburra filed counterclaims alleging *inter alia* trademark
10   invalidity.  The court found Deckers's UGG Mark valid and infringed.  *See UGG*
11   *Holdings, Inc. v. Severn,* Case No. CV 04-1137-JFW (FMOx) 2005 U.S. Dist.
12   LEXIS 45783 (C.D. Cal. Feb. 24, 2005).  The Court stated that "Plaintiff's 'UGG'
13   mark is extremely strong," *id.* at *23, and that the UGG Mark is not generic in the
14   U.S. *Id.* at *13-*17.  The Court specifically credited Ugg Holding's consumer
15   surveys, holding that the empirical evidence demonstrated that the UGG Mark is not
16   generic in the U.S. *Id.*

17   27.   Since that ruling, Deckers has spent millions of dollars extensively
18   advertising and promoting its UGG Mark through various channels, including print,
19   film, and the Internet.  Deckers uses the UGG Mark to identify the UGG® brand
20   and its unique and distinctive sheepskin boots, resulting in extraordinarily strong
21   secondary meaning of the UGG Mark in the U.S.

22   28.   With this increase in sales, the UGG® brand has achieved widespread
23   familiarity and fame in U.S. households.  For example, according to BB&T Capital
24   Markets analyst Scott Krasik, who was quoted in the September 9, 2010 *Wall Street*
25   *Journal Magazine* article "The Golden Fleece," "you can put [UGG®] on a level
26   with Apple in terms of the attention the brand has brought."

27   29.   Deckers has made the UGG Mark and UGG® brand famous through
28   extensive investment in time, money, and resources and through a direct marketing

6

1 campaign that has proven very successful, as is evidenced by its year-over-year

2 sales growth. Deckers has built substantial goodwill in the UGG® brand such that

3 the UGG Mark, UGG® name, and UGG® brand are now iconic and exceptionally

4 valuable assets.

5     30.    Presently, Deckers owns the following registered U.S. Trademarks for

6 the UGG Mark:

7         (a) U.S. Registration No. 3,412,734 (registered April 15, 2008) (attached as

8         Exhibit 1);

9         (b) U.S. Registration No. 3,360,442 (registered December 25, 2007) (attached

10        as Exhibit 2);

11        (c) U.S. Registration No. 3,166,352 (registered October 31, 2006) (attached as

12        Exhibit 3);

13        (d) U.S. Registration No. 3,166,351 (registered October 31, 2006) (attached

14        as Exhibit 4);

15        (e) U.S. Registration No. 3,166,350 (registered October 31, 2006) (attached as

16        Exhibit 5);

17        (f) U.S. Registration No. 3,061,278 (registered February 21, 2006) (attached

18        as Exhibit 6);

19        (g) U.S. Registration No. 3,050,925 (registered January 24, 2006) (attached as

20        Exhibit 7);

21        (h) U.S. Registration No. 3,050,903 (registered January 24, 2006) (attached as

22        Exhibit 8);

23        (i) U.S. Registration No. 3,050,902 (registered January 24, 2006) (attached as

24        Exhibit 9); and

25        (j) U.S. Registration No. 3,050,865 (registered January 24, 2006) (attached as

26        Exhibit 10).

27     31.    Deckers also owns a registered trademark for the "Sun Logo" mark,

28 which is sometimes used in connection with the "UGG" mark. The "Sun Logo"

7

1   mark has U.S. Registration No. 2,314,853, which was registered February 1, 2000

2   (attached as Exhibit 11).  These 11 trademark registrations are collectively referred

3   to as the "UGG Mark."

4                    **II.    DEFENDANTS' WRONGFUL ACTS**

5        32.    Upon information and belief, Defendants began selling sheepskin boots

6   in the U.S. in 1999 from a small distribution office in Colorado.  By that time,

7   Deckers and its predecessors had already spent many years selling boots under the

8   UGG Mark in the U.S. and spent millions of dollars marketing the UGG Mark and

9   UGG® brand.

10       33.    Upon information and belief, in 2001, Defendants moved their

11  operations to California and focused their business plan on selling sheepskin boots

12  to the surfer population in California.

13       34.    By then, Deckers's investment in its brand and designs was already

14  starting to pay dividends—double-digit sales growth year-after-year and growing

15  brand recognition.  Deckers's successful positioning of its UGG® brand as a high-

16  fashion comfort boot was rewarded with exponential growth in the sales of its boots.

17       35.    Defendants have not enjoyed the same success as Deckers and have

18  decided to compete unfairly against Deckers by engaging in unlawful, deceptive,

19  and inequitable activities to profit from the goodwill, recognition, and fame

20  associated with the UGG Mark and UGG® brand.

21       36.    Defendants' U.S.-based website, http://www.emuaustralia.com/, which,

22  upon information and belief Defendants own and/or control, demonstrates

23  Defendants' infringing use of the UGG Mark (*see also* Exhibit 12):

24

25

26

27

28

8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



26    37.    Upon information and belief, Defendants also own and/or control the

27  U.S.-based website http://www.emuaustralia.net/, which automatically redirects

28

<div align="center">9</div>

1  visitors to http://www.emuaustralia.com/.  The listed registrant of the domain name
2  emuaustralia.net is Emu Ridge Australia, and the listed address of the registrant is
3  the same address as where Emu Australia is currently located and operates—1031
4  Calle Recodo, San Clemente, California 92673.

5      38.    In a flagrant disregard for Deckers's trademark rights, Defendants
6  advertise their sheepskin boots in the U.S. on their website as "Ugg boots" and "ugg
7  boots," even though Deckers owns all rights and interest in the UGG Mark in the
8  U.S. For example, most instances of the word "ugg" on Defendants' website
9  (highlighted and circled above) are hyperlinks that direct customers to Defendants'
10 sales pages.

11     39.    Indeed, on some (but not) all pages of Defendants' website, Defendants
12 implicitly acknowledge in fine print that they are not permitted to refer to their
13 sheepskin boots as "ugg" boots in the U.S. (see also Exhibit 12):

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



\*"ugg" and "ugg boots" are generic terms in Australia describing a pull on sheepskin boot.
EMU Australia is a genuine Australian based company.

10

1

2       40.   Defendants' use of the UGG Mark to sell their sheepskin boots in the

3  U.S. is being done in bad faith, with full knowledge of Deckers's ownership of and

4  exclusive rights in the UGG Mark, and with the intent to deceive and mislead the

5  public into believing Defendants' boots are sponsored, licensed, or authorized by or

6  affiliated, connected or otherwise associated with Deckers.

7       41.   Defendants' use of the UGG Mark is likely to cause confusion or

8  mistake or deceive consumers into thinking that Defendants' boots are authorized or

9  affiliated, connected, or otherwise associated with Deckers.  Defendants

10  intentionally, willfully, and in bad faith created this misimpression.

11      42.   Defendants' continued use of the UGG Mark to sell their own

12  sheepskin boots is likely to diminish, blur, and tarnish the meaning of Deckers's

13  famous UGG Mark, thereby diluting its distinctive quality.

14      43.   Defendants' use of the UGG Mark is a deliberate and willful attempt to

15  confuse consumers into believing that "ugg" is a generic term that describes any

16  sheepskin boot.

17                    **III.   INJURY TO DECKERS**

18      44.   Defendants' unauthorized use of the UGG Mark in connection with the

19  sale of their products and services falsely indicates to consumers that Defendants'

20  boots are in some manner connected with, sponsored by, affiliated with, or related to

21  Deckers.

22      45.   The UGG Mark is famous and is widely recognized by U.S. consumers.

23  Defendants' use of the UGG Mark in the U.S. began after the UGG Mark had

24  become famous.  Defendants' unauthorized use of the UGG Mark has and will

25  continue to have an adverse effect upon the value and distinctive quality of the UGG

26  Mark.  Defendants' acts blur, dilute, and whittle away the distinctiveness and

27  identity-evoking quality of the UGG Mark by lessening its capacity to identify and

28

11

1  distinguish Deckers exclusively as the source of goods bearing the UGG Mark, as
2  well as tarnish the UGG Mark.

3      46.   Defendants' conduct has created and will continue to create confusion
4  in the marketplace, as consumers are likely to believe that Defendants' boots are
5  authorized or endorsed by Deckers or that Defendants' boots are somehow
6  associated, affiliated with, or sponsored by Deckers.

7      47.   Defendants' use of the UGG Mark is illegal, flagrant, and unabashed.
8  Defendants' use of the UGG Mark is in bad faith, with full knowledge of Deckers's
9  rights in the UGG Mark and with the intent to deceive and mislead the public into
10  believing that Defendants' boots are sponsored, licensed, authorized by, affiliated,
11  connected, or otherwise associated with the Deckers brand.

12      48.   Defendants' use of the famous and distinctive UGG Mark is likely to
13  diminish, blur, and/or tarnish the UGG Mark and UGG® brand, thereby diluting the
14  distinctive qualities and causing reputational harm to Deckers.

15      49.   Deckers has sustained and will continue to sustain damages as a result
16  of Defendants' wrongful conduct.

17      50.   Defendants wrongful conduct is ongoing.  As a direct and proximate
18  result of Defendants' acts alleged above, Deckers has sustained and will sustain
19  damages.  Deckers has no adequate remedy at law to redress all of the injuries that
20  Defendants have caused and intend to cause by their conduct.  Deckers will continue
21  to suffer irreparable damage and harm to its reputation and sustain lost profits until
22  Defendants' actions alleged above are enjoined.

23                        **CAUSES OF ACTION**
24                       **FIRST CLAIM FOR RELIEF**
25      **[Federal Trademark Infringement (Lanham Act, 15 U.S.C. § 1114(1))]**
26      51.   Deckers hereby repeats and re-alleges the allegations set forth in the
27  preceding paragraphs of this Complaint.

28

52. Defendants, without the consent of Deckers, have used and will continue to use in commerce marks confusingly similar to Deckers's registered UGG Mark in connection with the sale, offering for sale, distribution and advertising of goods with which such intended use is likely to cause confusion, or to cause mistake, or to deceive.

53. The aforesaid acts of Defendants constitute trademark infringement in violation of Section 32(a) of the Lanham Act, 15 U.S.C. § 1114(1).

54. The aforesaid acts of Defendants have been intentional, willful, and in bad faith.

55. The aforesaid acts of Defendants have caused, and are causing, great and irreparable harm to Plaintiff, and unless permanently restrained by this Court said irreparable injury will continue. Accordingly, Deckers is entitled to injunctive relief pursuant to 15 U.S.C. § 1116, damages pursuant to 15 U.S.C. § 1117(a), including Defendants' profits, and/or Deckers's actual damages and/or the costs of this action. Deckers is further entitled to attorneys' fees and costs because of Defendants' conduct.

## SECOND CLAIM FOR RELIEF

### [Federal Trademark Infringement and Unfair Competition (Lanham Act, 15 U.S.C. § 1125(a))]

56. Deckers repeats and re-alleges the allegations set forth in the preceding paragraphs of this Complaint.

57. Defendants make, import, distribute, use, offer to sell, and sell in the U.S. footwear products that directly infringe the UGG Mark in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). Deckers has actively marketed, promoted, and sold the UGG Mark such that it has acquired secondary meaning within the relevant market and among the U.S. public.

58. Defendants have used the UGG Mark without the authorization of Deckers and continue to trade off the goodwill created and maintained by Deckers

13

1  in the UGG Mark. Defendants' activities are likely to cause confusion, mistake, or

2  deception as to the source of Defendants' products and Defendants' association with

3  Deckers. Accordingly, Deckers is entitled to injunctive relief pursuant to 15 U.S.C.

4  § 1116.

5      59.   Defendants' use of the UGG Mark has been and continues to be

6  intentional, willful, and in bad faith, and Deckers therefore is entitled to damages

7  pursuant to 15 U.S.C. § 1117(a), including Defendants' profits, and/or Deckers's

8  actual damages and/or the costs of this action. Deckers is further entitled to

9  attorneys' fees and costs because of Defendants' conduct.

10              **THIRD CLAIM FOR RELIEF**

11            **[Common-Law Trademark Infringement]**

12     60.   Plaintiff hereby repeats and re-alleges the allegations set forth in the

13  preceding paragraphs of this Complaint.

14     61.   The aforesaid acts of Defendants constitute use that is likely to cause

15  confusion as to the source of Defendants' goods.

16     62.   The aforesaid acts of Defendants constitute trademark infringement in

17  violation of common law.

18     63.   The aforesaid acts of Defendants have caused, and are causing, great

19  monetary harm to Deckers. In addition, and independently, the aforesaid acts of

20  Defendants have caused, and are causing, great and irreparable harm to Deckers,

21  and unless permanently restrained by this Court said irreparable injury will continue.

22     64.   Because Defendants engaged in knowing, willful, and conscious

23  disregard for the rights of Deckers, Defendants are guilty of oppression, fraud, and

24  malice, entitling Deckers to an award of punitive damages.

25              **FOURTH CLAIM FOR RELIEF**

26       **[Federal Trademark Dilution (Lanham Act, 15 U.S.C. § 1125(c))]**

27     65.   Deckers repeats and re-alleges the allegations set forth in the preceding

28  paragraphs of this Complaint.

14

66.     Deckers has extensively and continuously promoted and used the UGG Mark in the U.S., and the UGG Mark has become a famous and well-known indicator of the origin of Deckers's boots.

67.     Defendants are making commercial use of the UGG Mark that dilutes and is likely to dilute the distinctiveness of the UGG Mark by eroding the public's exclusive identification of the famous UGG Mark with Deckers, tarnishing and degrading the positive associations and prestigious connotations of the UGG Mark, and otherwise lessening the capacity of the UGG Mark to identify and distinguish goods and services.

68.     Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with the UGG Mark or to cause dilution of the UGG Mark, to the great and irreparable injury of Deckers.

69.     Defendants have caused and will continue to cause irreparable injury to Deckers's goodwill and business reputation, and dilution of the distinctiveness and value of the famous and distinctive UGG Mark in violation of 15 U.S.C. § 1125(c), and Deckers therefore is entitled to injunctive relief and to Defendants' profits, actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1125(c), 1116, and 1117.

## FIFTH CLAIM FOR RELIEF

### [State Trademark Dilution and Injury to Business Reputation]

70.     Deckers repeats and re-alleges the allegations set forth in the preceding paragraphs of this Complaint.

71.     Deckers has extensively and continuously promoted and used the UGG Mark throughout the U.S. and the UGG Mark has become a famous, highly distinctive and well-known symbol of Deckers's boots.

72.     Defendants' unauthorized use of the UGG Mark dilutes the distinctiveness of the famous trademark by eroding the public's exclusive

15

1 | identification of this distinctive mark with Deckers, and tarnishing and degrading
2 | the positive associations and prestigious connotations thereof.

3 |     73.    Defendants are causing and will continue to cause irreparable injury to
4 | Deckers's goodwill and business reputation, and dilution of the distinctiveness and
5 | value of UGG Mark in violation of the antidilution laws, whether codified by statute
6 | or developed by common law, of all U.S. states, including without limitation:
7 | California, CAL. BUS. & PROF. CODE § 14200 *et seq.*, New York, N.Y. GEN.
8 | BUS. Law § 360-1; Pennsylvania, 54 PA. CONS. STAT. ANN. § 1124; South
9 | Carolina, S.C. CODE ANN. § 39-15-1105; Texas, TEX. BUS. & COM. CODE
10 | ANN. § 16.29; Utah, UT. CODE ANN. § 70-3a-403; and Washington, WASH.
11 | REV. CODE ANN. § 19.77.160.

12 |     74.    Deckers therefore is entitled to injunctive relief, damages and costs, as
13 | well as, if appropriate, enhanced damages, and reasonable attorneys' fees.

14 | <div align="center">**SIXTH CLAIM FOR RELIEF**</div>
15 | <div align="center">**[Common-Law Unfair Competition]**</div>

16 |     75.    Deckers repeats and re-alleges the allegations set forth in the preceding
17 | paragraphs of this Complaint.

18 |     76.    The aforesaid acts of Defendants constitute use that is likely to cause
19 | confusion as to the source of Defendants' goods.

20 |     77.    The aforesaid acts of Defendants constitute unfair competition in
21 | violation of the common law.

22 |     78.    The aforesaid acts of Defendants have caused, and are causing, great
23 | monetary harm to Deckers. In addition, and independently, the aforesaid acts of
24 | Defendants have caused, and are causing, great and irreparable harm to Deckers,
25 | and unless permanently restrained by this Court said irreparable injury will
26 | continue.

27 |
28 |

<div align="center">16</div>

1  79.   Because Defendants engaged in knowing, willful, and conscious
2  disregard for the rights of Deckers, Defendants are guilty of oppression, fraud, and
3  malice, entitling Deckers to damages.

4  **SEVENTH CLAIM FOR RELIEF**
5  **[State Unfair and Deceptive Trade Practices]**

6  80.   Deckers repeats and re-alleges the allegations set forth in the preceding
7  paragraphs of this Complaint.

8  81.   Defendants have been and are passing off their goods as those of
9  Deckers, causing a likelihood of confusion or of misunderstanding as to the source,
10  sponsorship, or approval of Defendants' boots as to Defendants' affiliation,
11  connection, or association with Deckers, and otherwise damaging the public.
12  Defendants' actions, as complained of herein, have been and will continue to be
13  willful and intentional. Defendants' conduct constitutes unfair and deceptive acts or
14  practices in the course of a business, trade, or commerce in violation of the statute or
15  common law of all U.S. states, including without limitation: laws of California,
16  CAL. BUS. & PROF. CODE § 17200 *et seq.*; New York, N.Y. GEN. BUS. L. § 349;
17  South Carolina, S.C. CODE ANN. §§ 39-5-10 to 39-5-560; and Utah, UTAH CODE
18  ANN. § 13-5-1, *et seq.*; and the unfair and deceptive trade practices statutes and
19  common law of other states, including without limitation: Illinois, 815 ILL. COMP.
20  ANN. 510/1 to 510/7; Maine, ME. REV. STAT. TIT. 10, §§ 1211-1216; Minnesota,
21  MINN. STAT. ANN. §§ 325D.43-325D.48; and Ohio, OHIO REV. CODE ANN. §§
22  4165.01 to 4165.04.

23  82.   Defendants' unauthorized use of the UGG Mark has caused and is
24  likely to cause substantial and irreparable injury to the public and to Deckers, and
25  Deckers is entitled to injunctive relief and to recover damages, punitive damages,
26  costs, and reasonable attorneys' fees.

27
28

17

1

2

## **EIGHTH CLAIM FOR RELIEF**

### **[Violation of Business and Professions Code]**

3      83.    Deckers repeats and re-alleges the allegations set forth in the preceding

4  paragraphs of this Complaint.

5      84.    Defendants' acts, as alleged herein, constitute false or misleading

6  statements under CAL. BUS. & PROF. CODE § 17500 *et seq.*

7      85.    Defendants' false or misleading statements were and continue to be

8  willful and intentional.

9      86.    Defendants' false or misleading statements will continue unless

10  enjoined by this Court.  Deckers has suffered and continues to suffer irreparable

11  injury, for which it has no remedy at law as a result of Defendants' false or

12  misleading statements.

13      87.    Defendants' false or misleading statements have caused and are likely

14  to cause substantial injury to Deckers, and Deckers is entitled to disgorgement of

15  Defendants' profits and injunctive relief.

16                      **PRAYER FOR RELIEF**

17  WHEREFORE, Deckers prays that:

18      1.    Defendants and all of their agents, officers, employees, representatives,

19  successors, assigns, attorneys, and all other persons acting, for, with, by, through, or

20  under authority from Defendants, or in concert or participation with Defendants, and

21  each of them, be enjoined permanently, from:  using, copying, reproducing, or

22  imitating Deckers's marks or any confusingly similar or colorable imitation thereof,

23  including "Ugg" or "ugg" in any manner, and that all infringing materials, electronic

24  or otherwise, in possession of Defendants be delivered up and destroyed pursuant to

25  15 U.S.C. § 1125 and all other state and federal law.

26      2.    Defendants and all of their agents, officers, employees, representatives,

27  successors, assigns, attorneys, and all other persons acting for, with, by, through, or

28

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

1   under authority from Defendants, or in concert or participation with Defendant, and
2   each of them, be enjoined permanently, from:

3       a.    using the UGG Mark, or any other copy, reproduction, or colorable
4           imitation or simulation of the UGG Mark on or in connection with
5           Defendants' goods;

6       b.    using any trademark, identifier, designation or design of any kind on or
7           in connection with Defendants' goods that is a copy, reproduction,
8           colorable imitation, or simulation of, or confusingly similar to, the
9           UGG Mark;

10      c.    using any trademark, identifier, designation or design of any kind that
11          is likely to cause confusion, mistake, deception, or public
12          misunderstanding that such goods or services are produced or provided
13          by Deckers, or are sponsored or authorized by Deckers, or are in any
14          way connected or related to Deckers;

15      d.    using any trademark, identifier, designation or design of any kind on or
16          in connection with Defendants' goods that dilutes or is likely to dilute
17          the distinctiveness of the UGG Mark; and

18      e.    passing off, palming off, or assisting in passing off or palming off
19          Defendants' goods as those of Deckers, or otherwise continuing any
20          and all acts of unfair competition as alleged in this Complaint.

21      3.    Defendants be ordered to recall all products sold in the U.S. through the
22  http://www.emuaustralia.com website by virtue of using the word "ugg" to sell
23  those products and all products bearing the UGG Mark or any other confusingly
24  similar variation thereof which have been shipped by Defendants or under their
25  authority, to any customer in the U.S., including, but not limited to, any wholesaler,
26  distributor, retailer, consignor, or marketer, and also to deliver to each customer a
27  copy of this Court's order as it relates to said injunctive relief against Defendants.

28

1    4.    Defendants be ordered to deliver up for impoundment and for

2    destruction all footwear, bags, boxes, labels, tags, signs, packages, receptacles,

3    advertising, sample books, promotional material, stationary or other materials in the

4    possession, custody, or under the control of Defendants in the U.S. that are found to

5    adopt, infringe, or dilute the UGG Mark or that otherwise unfairly compete with

6    Deckers and its products.

7    5.    Defendants be compelled to account to Deckers for any and all profits

8    derived by Defendants from the sale or distribution of infringing goods in the U.S.

9    as described in this Complaint.

10    6.    Deckers be awarded all damages caused by the acts forming the basis

11    of this Complaint.

12    7.    Defendants be compelled to account for and turn over to Deckers all

13    gains, profits, and advantages derived by Defendants for making false or misleading

14    statements and engaging in acts of unfair competition in violation of CAL. BUS. &

15    PROF. CODE § 17200 and 17500, as well as such gains, profits, and advantages

16    available under federal, state, and common law.

17    8.    Based on Defendants knowing and intentional use of confusingly

18    similar imitations of the UGG Mark, the damages award be trebled and the award of

19    Defendants' profits be enhanced as provided for by 15 U.S.C. § 1117(a) and the

20    state statutes cited in this Complaint.

21    9.    Defendants be required to pay to Deckers the costs and reasonable

22    attorneys' fees that Deckers has and will incur in this action pursuant to 15 U.S.C.

23    § 1117(a) and the state statutes cited in this Complaint.

24    10.    Based on Defendants' willful and deliberate infringement and dilution

25    of the UGG Mark and to deter such conduct in the future, Deckers be awarded

26    punitive damages.

27    11.    It have such other and further relief as the Court may deem just and

28    proper.

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

1

2   Date:  December 7, 2010

3

4

Respectfully submitted,

Richard A. Schirtzer (Bar. No. 150165)
   richardschirtzer@quinnemanuel.com
Susan R. Estrich (Bar No. 124009)
   susanestrich@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100

Robert L. Raskopf (*pro hac vice pending*)
   robertraskopf@quinnemanuel.com
Kate E. Cassidy (pro hac vice pending)
   katecassidy@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Attorneys for Plaintiff *Deckers Outdoor Corporation*

21

1

# JURY TRIAL DEMAND

2

Deckers respectfully demands a trial by jury on all claims and issues so triable.

3

4

Date:  December 7, 2010                    Respectfully submitted,

5

6

7

Richard A. Schirtzer (Bar. No. 150165)
   richardschirtzer@quinnemanuel.com

8

Susan R. Estrich (Bar No. 124009)

9

   susanestrich@quinnemanuel.com

QUINN EMANUEL URQUHART &

10

SULLIVAN, LLP

11

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

12

Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100

13

14

Robert L. Raskopf (*pro hac vice pending*)
   robertraskopf@quinnemanuel.com

15

Kate E. Cassidy (pro hac vice pending)

16

   katecassidy@quinnemanuel.com

QUINN EMANUEL URQUHART &

17

SULLIVAN, LLP

18

51 Madison Avenue, 22nd Floor
New York, New York 10010

19

Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

20

21

Attorneys for Plaintiff *Deckers Outdoor Corporation*

22

23

24

25

26

27

28

22

# EXHIBIT 1

Trademark Electronic Search System (TESS)                                              Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____ **Record 4 out of 35**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **UGG** |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: wallets and key cases. FIRST USE: 20040600. FIRST USE IN COMMERCE: 20041129 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 UGG Two letters or combinations of multiples of two letters SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 78551441 |
| **Filing Date** | January 21, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 11, 2005 |
| **Registration Number** | 3412734 |
| **International Registration Number** | 0860445 |
| **Registration Date** | April 15, 2008 |
| **Owner** | (REGISTRANT) Deckers Outdoor Corporation CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |

23

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Attorney of Record** | PAUL G. JUETTNER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

24

# EXHIBIT 2

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: _____ OR **Jump** to record: _____ **Record 10 out of 35**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet* |

*Browser to return to TESS)*

# UGG

| | |
| --- | --- |
| **Word Mark** | UGG |
| **Goods and Services** | IC 025. US 022 039. G & S: footwear, namely, sandals; clothing, namely, vests, mittens, scarves, headwear, caps, visors. FIRST USE: 20050800. FIRST USE IN COMMERCE: 20050800 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 UGG Two letters or combinations of multiples of two letters |
| **Serial Number** | 78551479 |
| **Filing Date** | January 21, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 20, 2005 |
| **Registration Number** | 3360442 |
| **International** | |

25

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Registration Number** | 0905813 |
| **Registration Date** | December 25, 2007 |
| **Owner** | (REGISTRANT) Deckers Outdoor Corporation CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |
| **Attorney of Record** | PAUL G. JUETTNER |
| **Prior Registrations** | 1237456;1973743 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| PREV LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

26

# EXHIBIT 3

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At:        OR **Jump** to record:        **Record 11 out of 35**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*
***Browser to return to TESS)***

# UGG

| Word Mark | **UGG** |
| Goods and Services | IC 024. US 042 050. G & S: throws. FIRST USE: 20041119. FIRST USE IN COMMERCE: 20041201 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78551472 |
| Filing Date | January 21, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | November 22, 2005 |
| Registration Number | 3166352 |
| International Registration Number | 0902172 |
| Registration Date | October 31, 2006 |
| Owner | (REGISTRANT) Deckers Outdoor Corporation CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |
| Attorney of Record | PAUL G. JUETTNER |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

27

Case 8:10-cv-01862-DOC -RNB Document 1 Filed 12/07/10 Page 31 of 57 Page ID #:31



| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

28

# EXHIBIT 4

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| PREV LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: _____ OR **Jump** to record: _____ **Record 12 out of 35**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# UGG

| | |
|---|---|
| **Word Mark** | **UGG** |
| **Goods and Services** | IC 027. US 019 020 037 042 050. G & S: rugs. FIRST USE: 20041119. FIRST USE IN COMMERCE: 20041201 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78551465 |
| **Filing Date** | January 21, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 22, 2005 |
| **Registration Number** | 3166351 |
| **International Registration Number** | 0902172 |
| **Registration Date** | October 31, 2006 |
| **Owner** | (REGISTRANT) Deckers Outdoor Corporation CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |
| **Attorney of Record** | PAUL G. JUETTNER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

29

Trademark Electronic Search System (TESS)                                        Page 2 of 2

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

30

# EXHIBIT 5

Trademark Electronic Search System (TESS)                                          Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____   **Record 13 out of 35**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# UGG

| | |
|---|---|
| **Word Mark** | **UGG** |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: pillows. FIRST USE: 20041119. FIRST USE IN COMMERCE: 20041201 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78551461 |
| **Filing Date** | January 21, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 22, 2005 |
| **Registration Number** | 3166350 |
| **Registration Date** | October 31, 2006 |
| **Owner** | (REGISTRANT) Deckers Outdoor Corporation CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |
| **Attorney of Record** | PAUL G. JUETTNER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

31

Trademark Electronic Search System (TESS)

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

].HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 6

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____ **Record 5 out of 35**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*
***Browser to return to TESS)***

# UGG

| | |
|---|---|
| **Word Mark** | **UGG** |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Sheepskin handbags, carry-on bags, clutch bags, duffle bags, shoulder bags, tote bags, backpacks, daypacks, handbags, knapsacks, pocketbooks, purses, satchels and waist packs. FIRST USE: 20040629. FIRST USE IN COMMERCE: 20040629 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78976555 |
| **Filing Date** | January 15, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 5, 2005 |
| **Registration Number** | 3061278 |
| **International Registration Number** | 0860445 |

33

| | |
|---|---|
| **Registration Date** | February 21, 2006 |
| **Owner** | (REGISTRANT) DECKERS OUTDOOR CORPORATION CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Thomas R. Fitzsimons |
| **Prior Registrations** | 1973743 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

34

# EXHIBIT 7

Trademark Electronic Search System (TESS)                                        Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: _____ OR **Jump** to record: _____ **Record 6 out of 35**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# UGG

| | |
|---|---|
| **Word Mark** | **UGG** |
| **Goods and Services** | IC 025. US 022 039. G & S: Men's, women's and children's footwear, namely, boots, shoes, clogs, slippers; men's, women's and children's clothing, namely, coats, jackets, ponchos; women's clothing, namely, skirts, muffs; children's buntings. FIRST USE: 19791228. FIRST USE IN COMMERCE: 19791228 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78976129 |
| **Filing Date** | January 21, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 1, 2005 |
| **Registration Number** | 3050925 |
| **International Registration Number** | 0905813 |

35

Trademark Electronic Search System (TESS)

**Registration Date** January 24, 2006

**Owner** (REGISTRANT) Deckers Outdoor Corporation CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117

**Attorney of Record** PAUL G. JUETTNER

**Type of Mark** TRADEMARK

**Register** PRINCIPAL

**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| RETAIN LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=4008:nk3068.2.6       11/12/2010

# EXHIBIT 8

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| CURR LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: _____ OR **Jump** to record: _____ **Record 7 out of 35**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# UGG

| Word Mark | **UGG** |
|---|---|
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: CLEANER AND CONDITIONER FOR USE ON SHEEPSKIN AND LEATHER. FIRST USE: 19890101. FIRST USE IN COMMERCE: 19890101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78888857 |
| **Filing Date** | August 5, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 1, 2005 |
| **Registration Number** | 3050903 |
| **International Registration Number** | 0902172 |
| **Registration Date** | January 24, 2006 |
| **Owner** | (REGISTRANT) DECKERS OUTDOOR CORPORATION CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |
| **Attorney of Record** | TOM FITZSIMONS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

37

Trademark Electronic Search System (TESS)

Page 2 of 2

**Live/Dead Indicator    LIVE**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

38

# EXHIBIT 9

Trademark Electronic Search System (TESS)                                   Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____ **Record 8 out of 35**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*
***Browser to return to TESS)***

# UGG

| **Word Mark** | **UGG** |
|---|---|
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: WATER AND STAIN REPELLANT FOR USE ON SHEEPSKIN AND LEATHER. FIRST USE: 19890101. FIRST USE IN COMMERCE: 19890101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78686794 |
| **Filing Date** | August 5, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 1, 2005 |
| **Registration Number** | 3050902 |
| **International Registration Number** | 0902172 |
| **Registration Date** | January 24, 2006 |
| **Owner** | (REGISTRANT) DECKERS OUTDOOR CORPORATION CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |
| **Attorney of Record** | TOM FITZSIMONS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

39

Trademark Electronic Search System (TESS)

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

40

# EXHIBIT 10

Trademark Electronic Search System (TESS)                                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| PROLIN SI | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____ **Record 9 out of 35**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*

***Browser to return to TESS)***

# UGG

| | |
|---|---|
| **Word Mark** | **UGG** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store services, mail order catalog services and on-line retail store services featuring footwear, clothing, handbags and home accessories. FIRST USE: 20000731. FIRST USE IN COMMERCE: 20000731 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78620184 |
| **Filing Date** | April 29, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 1, 2005 |
| **Registration Number** | 3050865 |
| **International Registration Number** | 0902172 |
| **Registration Date** | January 24, 2006 |
| **Owner** | (REGISTRANT) DECKERS OUTDOOR CORPORATION CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |
| **Attorney of Record** | TOM FITZSIMONS |

41

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 11

Trademark Electronic Search System (TESS)                                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*
***Browser to return to TESS)***



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: footwear. FIRST USE: 19961000. FIRST USE IN COMMERCE: 19970300 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 01.05.04 - Sun with rays but neither partially exposed nor with facial features<br>26.01.07 - Circles with a decorative border, including scalloped, ruffled and zig-zag edges |
| **Serial Number** | 75249238 |
| **Filing Date** | February 28, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 9, 1997 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2314853 |
| **Registration Date** | February 1, 2000 |
| **Owner** | (REGISTRANT) UGG HOLDINGS, INC, CORPORATION CALIFORNIA 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |
| | (LAST LISTED OWNER) DECKERS OUTDOOR CORPORATION CORPORATION DELAWARE 495-A SOUTH FAIRVIEW AVENUE GOLETA CALIFORNIA 93117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

43

Trademark Electronic Search System (TESS)

**Attorney of Record** PAUL G JUETTNER
**Type of Mark**         TRADEMARK
**Register**             PRINCIPAL
**Affidavit Text**       SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100125.
**Renewal**              1ST RENEWAL 20100125
**Live/Dead Indicator**  LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

].HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

44

# EXHIBIT 12



EMU Australia Official Website
Favorites
How to get around and w...
eBay
Web Slice Gallery
Google
Page
Safety
Tools
HOME
SHOP
PRODUCTS
ABOUT
CELEBRITIES
CONTACT US
Welcome to the EMU Australia Official Website
Our head office is based in Geelong,
FREE
INTERNATIONAL
SHIPPING!

45